UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE | : |
| Plaintiff, | : |
| vs. | : CIVIL NO. 3:19-CV-1649 |
| UNITED STATES OF AMERICA, US DEPARTMENT OF HOMELAND SECURITY, KEVIN McALEENAN, in his official capacity as Acting Secretary of US Department of Homeland Security, US IMMIGRATION AND CUSTOMS ENFORCEMENT, MATTHEW T. ALBENCE, Acting Director of US Immigration and Customs Enforcement, WILFREDO RODRIGUEZ, in his official capacity as an agent of US Immigration and Customs and in his individual capacity, | : : : : : : : : : : : : OCTOBER 20, 2019 |
| Defendants. | |

## DECLARATION OF GEORGE W. KRAMER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

**GEORGE W. KRAMER, ESQ.** hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. Section 1746:

1. I am admitted to practice in the State of Connecticut and also to the Federal District Court in Connecticut.

2. I submit this declaration in support of Plaintiff's Motion to Proceed Under Pseudonym.

3. Plaintiff brings this civil action for violation of her rights protected by the Fourth and Fifth Amendments to the United States Constitution, the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. and laws of the State of Connecticut for the repeated sexual assaults and threats made by Defendant Wilfredo Rodriguez, an agent for the United States Immigration and Customs Enforcement.

4. The allegations in this case concern extremely private and highly sensitive information about Plaintiff's personal life, including her experiences as a rape victim and the abortions she had to endure as a result of the pregnancies by her ICE handler. Forcing Plaintiff to identify herself to the public would allow unwarranted scrutiny into her personal life.

5. Plaintiff's traumatic experiences with Defendant Rodriguez led her to attempt suicide on multiple occasions and her current mental state is highly fragile.

6. Plaintiff fears that exposure of her identity poses a risk of retaliatory physical or mental harm to Plaintiff and her family by members of the local Honduran community in light of her role as a government informant for ICE.

7. Defendants are not prejudiced by allowing Plaintiff to press her claims anonymously.

8. Plaintiff's identity has thus far been kept confidential from the public at large.

9. The public's interest in the litigation will not be furthered by requiring Plaintiff to disclose her identity.

10. There are no alternative mechanisms for protecting the confidentiality of Plaintiff.

**WHEREFORE**, the Court should grant Plaintiff's motion in its entirety and should order such further and other relief as the Court deems just and proper.

I declare under the penalty of perjury that the foregoing is true and correct, pursuant to Title 28, United States Code, Section 1746.

Dated October 20, 2019

GEORGE W. KRAMER, ESQ.
Federal Bar No.: ct 07982
30 Clemens Court
Rocky Hill, CT 06067
Telephone (860) 212-4871
Facsimile: (860) 529-5104
E-mail: gkramerlaw@gmail.com