# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Jane Doe** | : | **Crim. No. 3:19-cv-1649** |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Wilfredo Rodriguez et. al.** | : | |
|     **Defendants** | : | **September 30, 2020** |

## ANSWER TO COMPLAINT

The Defendant, Wilfredo Rodriguez, submits the following answers to the Plaintiff's October 19, 2019, Complaint, Doc. 1:

### Jurisdiction

1. This paragraph cites a conclusion of law, and no response is necessary.

2. This paragraph cites a conclusion of law, and no response is necessary.

3. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

4. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

5. This paragraph cites a conclusion of law, and no response is necessary.

### Parties

6. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

7. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

8. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

9. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

10. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

11. Mr. Rodriguez has insufficient information upon which to form a belief, and leaves the Plaintiff to her proof.

12. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
13. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

**Factual Allegations**

14. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
15. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
16. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
17. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

18. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

19. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

20. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

21. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

22. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

23. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

24. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

25. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

26. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

27. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

28. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

29. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

30. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

31. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

32. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

33. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

34. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

35. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

36. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

37. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

38. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

39. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

40. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

41. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

42. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

43. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

44. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

45. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

46. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

47. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

48. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

49. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

50. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

51. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

52. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

53. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
54. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
55. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
56. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
57. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
58. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.
59. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

60. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

61. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

62. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

63. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

64. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

65. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

66. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

### Under Color of Law and Scope of Employment

67. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

68. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

### ICE Policies and Practices

69. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

70. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

71. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

72. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

### Causes of Action

**Count I**

73. Mr. Rodriguez incorporates his prior responses to paragraph 1-72.

74. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

75. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

76. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

77. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

78. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

79. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

**Count II**

80. Mr. Rodriguez incorporates his prior responses to Paragraphs 1-79.

81. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

82. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

83. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

84. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

85. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

**Count III**

86. Mr. Rodriguez incorporates his prior responses to Paragraphs 1-85.

87. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

88. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

89. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

**Count IV**

90. Mr. Rodriguez incorporates his prior responses to Paragraphs 1-89.

91. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

92. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

93. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

94. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

95. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

## Count V

96. Mr. Rodriguez incorporates his prior responses to Paragraphs 1-95.

97. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

98. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

99. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

100. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

101. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

102. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

103. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

104. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

105. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

106. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

107. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

108. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

109. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

110. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

### Equitable Tolling of the Statute of Limitations

111. Mr. Rodriguez incorporates his prior responses to Paragraphs 1-110.

112. Mr. Rodriguez asserts his privilege against self-incrimination under the Fifth Amendment to the United States Constitution, article first, section 8 of the Connecticut Constitution, and applicable Connecticut statutes.

THE DEFENDANT,

Wilfredo Rodriguez

BY   /s/
 TRENT A. LaLIMA
 Federal Bar No. ct 29520
 SANTOS & LaLIMA, P.C.
 51 Russ Street
 Hartford, CT 06106
 Tel. (860) 249-6548
 Fax (860) 724-5533

- 18 -

**<u>CERTIFICATION</u>**

    I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            /s/_____
                                            Trent A. LaLima